

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 2-10-024-CV

TOKA GENERAL CONTRACTORS, LTD.                                    APPELLANT

V.

HIDALGO INDUSTRIAL SERVICES, INC.                                    APPELLEE

----------

### FROM THE 342ND DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered appellant's "Unopposed Motion To Withdraw Notice Of Appeal And Dismiss Appeal." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellant, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL: GARDNER, WALKER, and MCCOY, JJ.

DELIVERED: February 25, 2010

---

[1] *See* Tex. R. App. P. 47.4.